UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE VAZQUEZ,

                      Plaintiff,

    -v-                                 1:18-CV-1071
                                      (DNH/DJS)

TINA STANDFORD MICHAEL ASTRUE;
DAVID STUKOWY; and SAMUEL D.
ROBERTS,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

JOSE VAZQUEZ
Plaintiff pro se
74-A-0117
Collins Correctional Facility
P.O. Box 340
Collins, NY 14034

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

       Pro se plaintiff Jose Vazquez brought this civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2019, Magistrate Judge Stewart advised by Report-Recommendation that plaintiff's Complaint be dismissed with prejudice, pursuant to 28 U.S.C. §§ 1915(e) & 1915A for failure to state a claim. Plaintiff filed objections to the Report-Recommendation. He has since filed various other letter motions. ECF Nos. 24, 25. Also pending are previous letter motions filed by plaintiff. ECF Nos. 4, 21.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's Complaint is DISMISSED with prejudice;

2. Plaintiff's pending letter motions, ECF Nos. 4, 21, 24, and 25, are DENIED as moot; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: July 31, 2019
      Utica, New York.